ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Patricia C. Williams
Chapter 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

Andrew J. Sears
Rosa M. Sears

                                    Debtors.

No.:  10-02891-PCW7

ORDER GRANTING RELIEF FROM STAY
To U.S. Bank, N.A.

This matter came before the Court upon U.S. Bank, N.A.'s motion for relief from stay. No objection was filed with the court within the time allowed.  It appears for the reasons stated in the motion that the stay should be lifted as to the property located at 4058 Pine Meadows Dr, Loon Lake, Washington 99148 and legally described as set forth Deed of Trust already on file.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362 (d), the automatic stay is terminated as to U.S. Bank, N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the above-described property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion.

IT IS FURTHER ORDERED that this order shall be effective immediately, notwithstanding the provisions of F.R.B.P. 4001(a)(3) and shall continue in effect, absent further order of this court, notwithstanding conversion of the present case to a case under any other chapter.

Presented by:
ROUTH CRABTREE OLSEN, P.S.

/s/Melissa Williams Romeo
Melissa Williams Romeo, WSBA# 4064
Attorneys for Creditor

_Patricia C Williams_
Patricia C. Williams
Bankruptcy Judge

07/29/2010 10:33:29

Order Granting Relief from Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131